# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-04619-SPG-SK | Date | October 3, 2022 |
|---|---|---|---|
| Title | Universal Dyeing and Printing, Inc. v. Fashion 18630, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, U.S. DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not applicable |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **[In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before October 18, 2022,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Plaintiff(s) obtained entry of default as to Defendant(s) **Fashion 18630, Inc. And Easy Pickins, Inc.** pursuant to Fed. R. Civ. P. 55(a), but Plaintiff(s) have not sought default judgment, pursuant to Fed. R. Civ. P. 55(b). Plaintiff(s) can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

**IT IS SO ORDERED**.

| | : |
|---|---|
| Initials of Preparer | PG |